## RECOVERY ALLIANCE, INC. *v.* DEPARTMENT OF
## REVENUE SERVICES, DIVISION OF
## SPECIAL REVENUE
## (14669)

Foti, Landau and Daly, Js.

Argued November 3—decision released November 28, 1995

*Francis W. Benner*, for the appellant (plaintiff).

*Richard M. Sheridan*, assistant attorney general, with whom, on the brief, was *Richard Blumenthal*, attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.